| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
|---|---|---|
| | ) SS: | ROOM NUMBER _____ |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |

RAY ROVAI,   )
            )
     Plaintiff,   )
            )
     v.   )   CAUSE NO.
            )
PLOGER TRANSPORTATION, LLC   )
and JACK JISA,   )
            )
     Defendants.   )

## COMPLAINT

Plaintiff, RAY ROVAI, for his Complaint against PLOGER TRANSPORTATION, LLC and JACK JISA, alleges and states as follows:

1. At all times relevant, PLOGER TRANSPORTATION, LLC (herein "Ploger Trans") was and is an interstate motor carrier subject to the Federal Motor Carrier Safety Regulations, operating through and within the state of Indiana.

2. At all times relevant herein, JACK JISA (herein "Jisa") was a professional truck driver employed by Ploger Trans.

3. At all times relevant, RAY ROVAI ("Ray") was and is a resident of Lake County, Indiana.

–1–



4. At all times relevant herein, there was in full force and effect in the State of Indiana I.C. § 8-2.1-24-18, a statute incorporating by reference, *inter alia*, Parts 390, 391, 392, 393, 395, and 396 of the Federal Motor Carrier Safety Regulations (hereinafter "FMCSRs").

5. On March 29, 2022, Jisa was operating Ploger Trans' Volvo conventional semi-tractor with attached trailer (hereinafter collectively "the tractor-trailer"), under the dispatch and control of Ploger Trans, eastbound on I-80, in Gary, Lake County, Indiana.

6. On March 29, 2022, Ray was lawfully traveling eastbound in a Toyota Tacoma pickup truck.

7. On and before March 29, 2022, Ploger Trans, and its principals, managers, agents, and/or employees, including Jisa, were subject to the Federal Motor Carrier Safety Regulations and owed Ray and others lawfully traveling on the roadway, a duty to use reasonable care.

8. On and before March 29, 2022, Jisa was subject to the Federal Motor Carrier Safety Regulations and owed Ray, and others lawfully traveling on the roadway, a duty to use reasonable care.

9. On and before March 29, 2022, Ploger Trans and Jisa breached the foregoing duties and were negligent, willful, wanton and/or reckless.

10. On March 29, 2022, as a direct and proximate result of the aforesaid negligence, willfulness, wantonness, and/or recklessness, Ploger Trans and Jisa crashed their tractor-trailer with great force and violence into the rear of the Toyota Tacoma driven by Ray.

11. As a direct and proximate result of the foregoing crash and the conduct of Ploger Trans and Jisa, Ray was physically injured, suffered emotional distress and sustained other permanent and severe personal injuries; he incurred and will incur ambulance, hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses; he suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment; he lost time or wages and impairment of his earnings capacity; and Ray incurred other injuries and damages of a personal and pecuniary nature.

12. At all times relevant herein, Ploger Trans exerted authority over Jisa's operation of its tractor-trailer, the means and methods employed by Jisa in his work, and provided him with the equipment, including, but not limited to, the tractor-trailer, motor carrier license, and load, necessary to accomplish his assigned tasks. As Jisa's employer and/or principal, Ploger Trans is vicariously liable for his negligence and conduct.

WHEREFORE, RAY ROVAI, seeks the entry of judgment in Plaintiff's favor and against PLOGER TRANSPORTATION, LLC and JACK JISA, and each of them, for compensatory and punitive damages in an amount to be determined herein, prejudgment interest, for the costs of this action, and for any and all other relief that the Court and Jury may deem proper under the circumstances.

**ALLEN LAW GROUP**
Attorneys for Plaintiff

/s/Bryan L. Bradley

Bryan L. Bradley (17877-46)

## JURY DEMAND

Plaintiff demands trial by jury on his Complaint.

**ALLEN LAW GROUP**
Attorneys for Plaintiff

/s/Bryan L. Bradley

Bryan L. Bradley (17877-46)



INJURY ATTORNEYS
www.kenallenlaw.com

Reply to Office Indicated

☑ ALLEN LAW BUILDING:
1109 Glendale Boulevard
Valparaiso, IN 46383
219.465.6292

☐ JOLIET OFFICE:
1000 Essington Road
Joliet, IL 60435
815.729.6292

☐ MERRILLVILLE OFFICE:
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ ORLAND PARK OFFICE:
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ INDIANAPOLIS OFFICE:
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.812.6926

☐ CHICAGO OFFICE:
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292